UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARIE BUKER o/b/o IB,

        Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hon. Norman A. Mordue
Civil Action No. 06-1315

**CONSENT ORDER FOR PAYMENT
OF FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 30 2009
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

This matter having been opened to the Court by Peter Walton, Esq. of Conboy, McKay, Bachman & Kendall, LLP for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that ANDREW T. BAXTER, Interim United States Attorney, and Kristina Cohn, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of four-thousand six-hundred fifty-five dollars and ninety cents [$4,655.90.] for attorneys fees and three-hundred and fifty dollars [$350.00] for costs and one-hundred and forty-one dollars and fifty cents [$141.50] for expenses payable to Conboy, McKay, Bachman & Kendall the Court having reviewed the record in this matter;

IT IS on this 30th day of July, 2009

ORDERED that plaintiff's attorney be allowed a fee under the Equal Access to Justice Act in the amount of four-thousand six-hundred fifty-five dollars and ninety cents [$4,655.90.] for attorneys fees and three-hundred and fifty dollars [$350.00] for costs and one-hundred and forty-one dollars and fifty cents [$141.50] for expenses.

*[signature]*

Norman A. Mordue, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

        ANDREW T. BAXTER
        Interim United States Attorney

By:    s/ Kristina Cohn
        Kristina Cohn
        Special Assistant U.S. Attorney
        Bar No. 512545

        CONBOY, McKAY, BACHMAN & KENDALL, LLP.

By:    s/ Peter L. Walton
        Peter Walton
        Attorney for Plaintiff